IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RICHARD WILSON KEY,<br><br>　　　　　　　　　Defendant. | **CASE NO. 1:14 CR 00104 LJO SKO**<br><br>**ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT**<br>**Fed. R. Crim. P. 48(a)** |

IT IS HEREBY ORDERED that the Indictment, as to Richard Wilson Key, is dismissed in the interest of justice due to the death of the Defendant.

**SO ORDERED**
**Dated: June 18, 2014**

　　　　　　　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

Order On Government's Motion to Dismiss FRCrimP 48(a)　　　　1